UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN L. TYLER,

    Plaintiff,

v.

Case No. 25-cv-10673
Hon. Matthew F. Leitman

KAREN HANSON, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, Plaintiff Kevin L. Tyler alleges that the Defendants violated his constitutional rights when he was arrested and prosecuted in Genesee County, Michigan. (*See* Compl., ECF No. 1.) At the time Tyler filed his Complaint, he failed to either pay the required filing fee or file an application to proceed *in forma pauperis* ("IFP"). Accordingly, the Court ordered Tyler to correct that deficiency by no later than April 17, 2025. (*See* Order, ECF No. 3.) The Court sent that deficiency order, and a notice of the Court's prisoner mediation program, to the address Tyler provided the Court. (*See* ECF Nos. 2, 3.)

Tyler has not responded to the Court's deficiency order. Nor has he contacted the Court to seek additional time to respond or paid the required filing fee. In addition, both the Court's deficiency order and its notice regarding the prisoner

mediation program were returned to the Court as undeliverable. (*See* Returned Mail, ECF Nos. 4, 5.) Thus, it appears that Tyler has failed to comply with Local Rule 11.2 and failed to provide the Court his current address. The failure by a plaintiff to provide the Court valid and updated contact information is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action.

Accordingly, because Tyler has failed to comply with Local Rule 11.2 by providing the Court his current address, and because he has failed to comply with the deficiency order by paying the required filing fee or filing an application to proceed IFP, the Court **DISMISSES** Tyler's Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126