UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN L. TYLER,

    Plaintiff,

v.

Case No. 25-cv-10673
Hon. Matthew F. Leitman

KAREN HANSON, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                KINIKIA ESSIX
                CLERK OF COURT

            By:   s/Holly A. Ryan
                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 28, 2025
Detroit, Michigan

1