UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN L. TYLER,

    Plaintiff,

v.

Case No. 25-cv-10673
Hon. Matthew F. Leitman

KAREN HANSON, *et al.*,

    Defendants.

_____/

## ORDER (1) VACATING ORDER DISMISSING COMPLAINT AND JUDGMENT (ECF Nos. 6, 7), (2) GRANTING PLAINTIFF PERMISSION TO PROCEED IN FORMA PAUPERIS, AND (3) DIRECTING CLERK TO UPDATE PLAINTIFF'S ADDRESS

In this action, Plaintiff Kevin L. Tyler alleges that the Defendants violated his constitutional rights when he was arrested and prosecuted in Genesee County, Michigan. (*See* Compl., ECF No. 1.) Tyler, who was an inmate at the Genesee County Jail at the time he filed his Complaint, did not submit the filing fee or an application for leave to proceed *in forma pauperis*. Accordingly, on March 18, 2025, the Court ordered Tyler to correct his filing deficiency by April 17, 2025, or face the possible dismissal of his Complaint (the "Deficiency Order"). (*See* Deficiency Order, ECF No. 3.)

The Court attempted to serve the Deficiency Order on Tyler by First Class Mail at the Genesee County Jail at the address he provided the Court. It was returned

1

by the Post Office as "not deliverable as addressed / unable to forward." (*See* ECF No. 5.) The Court then dismissed this action after the time for correcting the deficiency lapsed. (*See* Order, ECF No. 6; Judgment, ECF No. 7.) Those documents were likewise returned to the Court as undeliverable. (*See* ECF Nos. 8 and 9.)

The Oakland County Jail website indicates that Tyler was transferred to that facility on April 29, 2025. *See* https://apps.clemis.org/ClemisInmLoc/ExtMain/ExtAllCurrInmates/. It therefore appears that Tyler did not receive the Deficiency Order due to his transfer to the Oakland County Jail. Accordingly, the Court will **VACATE** the Deficiency Order and judgment dismissing the case and will reinstate this case to the active docket. *See* FED. R. CIV. PRO. 60(b)(1).

The Court now turns to Tyler's request to proceed *in forma pauperis*. On June 12, 2025, Tyler filed a "Notice of Indigent Waiving Filing Fee" from the Oakland County Jail. (*See* Notice, ECF No. 10.) Attached to that notice is a copy of Tyler's Oakland County Jail Trust Account Statement, displaying a balance owed of $34.00. (*See id.*, PageID.28.) The Court will construe Tyler's June 12 notice as a request to proceed *in forma pauperis*, and it will **GRANT** that request. *See* 28 U.S.C. § 1915(a)(1). Tyler, as a prisoner, must pay the full filing fee for this civil action. *See* 28 U.S.C. § 1915(b)(1). The Court must assess and, if funds exist, collect an

initial partial filing fee, consisting of twenty percent (20%) of the greater of (1) the average monthly deposits to Tyler's prison trust account, or (2) the average monthly balance in Tyler's account for the preceding six (6) months. *See id*. The initial partial filing fee in this case is **$0.00**. Tyler must make monthly payments of twenty percent (20%) of the preceding month's income credited to his account. *See* 28 U.S.C. § 1915(b)(2).

In addition, because insufficient funds currently exist in Tyler's account to collect an initial partial filing fee, the agency having custody of Tyler shall forward to the Clerk of the Court, on a monthly basis if funds are available, twenty percent (20%) of the preceding month's income credited to Tyler's account. The Court will notify the agency having custody of Tyler when Tyler has paid the entire filing fee of $350.00.

Finally, **IT IS FURTHER ORDERED** that the Clerk shall update Tyler's address to:

Kevin L. Tyler, No. 461467
Oakland County Jail
1201 Telegraph Road
Pontiac, Michigan 48341

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   September 22, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126